## Commonwealth *v.* Lyons, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lytle, Appellant.

Submitted November 9, 1970. *John P. Liekar,* Public Defender, for appellant; *Jack H. France,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* McFall, Appellant.

Argued November 11, 1970. *Donald E. Williams,* Public Defender, for appellant; *James A. Caldwell,* Assistant District Attorney, with him *W. Thomas Andrews,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY and HOFFMAN, JJ., would reverse and remand for a PCHA hearing.